UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Denise Carlon
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
Attorneys for Movant:
Nationstar Mortgage LLC

In Re:
Kelly A. Vlasic George M. Vlasic
Debtor/Respondent

Case No.: 13-24677 JKS

Chapter: 13

Judge: John K. Sherwood

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Nationstar Mortgage LLC
(Example: John Smith, creditor)

Old address:   NATIONSTAR MORTGAGE LLC
               350 HIGHLAND DRIVE
               LEWISVILLE, TX 75067

New address:   NATIONSTAR MORTGAGE LLC
               PO BOX 619094
               Dallas, TX 75261-9741

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 7/21/2017                /s/ Denise Carlon, Esquire
                               Signature

*rev.2/1/16*