JOHN M ESPOSITO ESQ
870-A2 POMPTON AVE
CEDAR GROVE, NJ  07009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 13-24677

Re:   KELLY A VLASIC                              Atty:   JOHN M ESPOSITO ESQ
      30 WEST CURTIS STREET                               870-A2 POMPTON AVE
      LINDEN, NJ  07036                                   CEDAR GROVE, NJ  07009

      GEORGE M VLASIC
      712 NORTH BROAD STREET
      ELIZABETH,  NJ  07208

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $52,718.19**

### RECEIPTS AS OF 12/31/2017                     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/05/2013 | $53.87 | 21271350824 | 09/10/2013 | $53.80 | 14741730557 |
| 09/10/2013 | $0.10 | CASH | 10/03/2013 | $54.00 | 14777987213 |
| 11/05/2013 | $53.87 | 21477655247 | 12/05/2013 | $53.87 | 14803823749 |
| 01/08/2014 | $53.87 | 14811944832 | 02/04/2014 | $53.87 | 14811945122 |
| 03/06/2014 | $53.87 | 14812008958 | 04/04/2014 | $53.87 | 14861495318 |
| 05/06/2014 | $53.87 | 21765824458 | 06/09/2014 | $53.87 | 21636797433 |
| 07/07/2014 | $53.87 | 21974090973 | 08/05/2014 | $53.97 | 21974095102 |
| 09/10/2014 | $53.87 | 59139210559 | 11/24/2014 | $53.87 | 59160361370 |
| 11/24/2014 | $53.87 | 59160361381 | 01/12/2015 | $1.00 | CASH |
| 01/12/2015 | $52.87 | 69469876300 | 02/10/2015 | $53.87 | 59160365627 |
| 03/17/2015 | $53.00 | 22710227174 | 03/17/2015 | $1.00 | CASH |
| 04/08/2015 | $53.87 | 2039840000  - | 04/10/2015 | $1,218.22 | 2045582000  - |
| 05/04/2015 | $1,272.09 | 2098838000  - | 06/05/2015 | $1,272.09 | 2177042000  - |
| 07/08/2015 | $1,272.09 | 2254396000  - | 08/06/2015 | $1,294.00 | 2322866000  - |
| 09/10/2015 | $1,294.00 | 2402000000  - | 10/13/2015 | $1,294.00 | 2475470000  - |
| 11/10/2015 | $1,294.00 | 2549203000  - | 12/11/2015 | $1,294.00 | 2623249000  - |
| 01/13/2016 | $1,294.00 | 2699037000  - | 02/12/2016 | $1,294.00 | 2774406000  - |
| 03/11/2016 | $1,294.00 | 2849278000  - | 04/12/2016 | $1,294.00 | 2928392000  - |
| 05/12/2016 | $1,294.00 | 3006717000  - | 06/13/2016 | $1,294.00 | 3082451000  - |
| 07/15/2016 | $1,294.00 | 3163318000  - | 08/15/2016 | $1,294.00 | 3240810000  - |
| 09/15/2016 | $1,294.00 | 3320835000  - | 10/14/2016 | $1,294.00 | 3398245000  - |
| 11/16/2016 | $1,294.00 | 3480696000  - | 12/16/2016 | $1,294.00 | 3556202000  - |
| 01/10/2017 | $1,294.00 | 3620681000  - | 02/17/2017 | $1,294.00 | 3718352000  - |
| 03/17/2017 | $1,294.00 | 3801166000  - | 04/17/2017 | $1,294.00 | 3884103000  - |
| 05/17/2017 | $1,294.00 | 3967393000  - | 06/19/2017 | $1,294.00 | 4052406000  - |
| 07/19/2017 | $1,294.00 | 4132371000  - | 08/17/2017 | $1,294.00 | 4212366000  - |
| 09/19/2017 | $1,294.00 | 4294911000  - | 10/18/2017 | $1,294.00 | 4372255000  - |
| 11/20/2017 | $1,294.00 | 4454540000  - | 12/20/2017 | $1,294.00 | 4525119000  - |

**Total Receipts: $43,638.28  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $43,638.28**

Chapter 13 Case # 13-24677

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| Marie-Ann Greenberg | 09/08/2014 | $35.73 | 8,000,079 | | | |
| NATIONSTAR MORTGAGE LLC | 07/20/2015 | $4,621.35 | 736,521 | 08/10/2015 | $1,223.75 | 738,591 |
| | 09/14/2015 | $1,244.83 | 740,556 | 10/19/2015 | $1,244.83 | 742,734 |
| | 11/16/2015 | $1,222.83 | 744,801 | 12/17/2015 | $1,222.83 | 746,771 |
| | 01/19/2016 | $1,222.83 | 748,843 | 02/16/2016 | $1,222.83 | 750,846 |
| | 03/21/2016 | $1,222.83 | 752,838 | 04/18/2016 | $1,222.83 | 754,899 |
| | 05/13/2016 | $1,222.83 | 756,858 | 06/20/2016 | $1,222.83 | 758,825 |
| | 07/18/2016 | $1,222.83 | 760,840 | 08/04/2016 | ($1,222.83) | 760,840 |
| | 08/14/2017 | $15,850.17 | 784,823 | 09/25/2017 | $2,435.30 | 786,699 |
| | 11/20/2017 | $2,485.77 | 790,289 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,314.34 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | NATIONSTAR MORTGAGE LLC | UNSECURED | 68,273.27 | * | 0.00 | |
| 0012 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 47,237.27 | 100.00% | 38,888.64 | |
| 0013 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 234.78 | * | 0.00 | |
| 0014 | ALTAIR OH XIII LLC | UNSECURED | 979.45 | * | 0.00 | |
| 0015 | AMERICAN INFOSOURCE LP | UNSECURED | 390.70 | * | 0.00 | |

**Total Paid: $41,202.98**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $43,638.28    -    Paid to Claims: $38,888.64    -    Admin Costs Paid: $2,314.34    =    Funds on Hand: $2,435.30

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.