Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  13−24677−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kelly A Vlasic | George M. Vlasic |
| 30 West Curtis Street | 712 North Broad Street |
| Linden, NJ 07036 | Elizabeth, NJ 07208 |

Social Security No.:
  xxx−xx−4341                                          xxx−xx−2168

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 28, 2019</u>                <u>John K. Sherwood</u>
                                                  Judge, United States Bankruptcy Court