# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 13−24677−JKS
                                      Chapter: 13
                                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly A Vlasic                                          George M. Vlasic
   30 West Curtis Street                           712 North Broad Street
   Linden, NJ 07036                                  Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−4341                                             xxx−xx−2168

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☑ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: February 28, 2019
JAN: lc

                                            Jeanne Naughton
                                            Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                        Case No. 13-24677-JKS
Kelly A Vlasic                                                Chapter 13
George M. Vlasic
           Debtors
                           CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2         Date Rcvd: Feb 28, 2019
                              Form ID: cscnodsc          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db            +Kelly A Vlasic,    30 West Curtis Street,    Linden, NJ 07036-4154
jdb           +George M. Vlasic,    712 North Broad Street,    Elizabeth, NJ 07208-2313
cr            +BSI Financial Services,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                New York, NY 10004-1734
514309618     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
514052871     +Department of Treasury,    NJ Division of Taxation,    P O Box 288,    Trenton, NJ 08695-0288
514052872     +Fein, Such, Kahn & Shepard,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
514052874     +John M. Esposito, Esq.,    870 Pompton Avenue,    Cedar Grove, NJ 07009-1203
515386115    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    NATIONSTAR MORTGAGE, LLC,    PO BOX 630267,    IRVING, TX 75063)
514052876      Nationstar Mortgage LLC,    PO BOX 61909,    DALLAS, TX   75261-9741
514052875     +Nationstar Mortgage LLLC,    PO BOX 619094,    DALLAS, TX 75261-9094
514052877     +Robert Soldare, Court Officer,    PO Box 270,    Chatham, NJ 07928-0270
514052878      State of New Jersey,    Hughs Justice Complex,    CN-080,    Trenton, NJ 08625
514052879     +State of New Jersey Attorney General,    R.J. Hughes Justice Complex,    25 Market Street,
                Trenton, NJ 08611-2148
517655237     +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                1425 Greenway Dr., ste 400,    Irving TX 75038-2480
517655238     +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                1425 Greenway Dr., ste 400,    Irving TX 75038,    U.S. Bank Trust National Association,
                c/o BSI Financial Services 75038-2480
514052880     +Union County Sheriff's Office (Class 2),    Attn: Ralph G. Froehlich, Sheriff,
                10 Elizabethtown Plaza 1st Floor,    Elizabeth, NJ 07202-3451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 01 2019 00:20:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 01 2019 00:20:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514271470     +E-mail/Text: bncmail@w-legal.com Mar 01 2019 00:20:21      ALTAIR OH XIII, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514184377      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 00:24:51
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
514052873     +E-mail/Text: cio.bncmail@irs.gov Mar 01 2019 00:19:42      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514331461*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                PO Box 630267,    Irving, TX 75063)
                                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Feb 28, 2019
                              Form ID: cscnodsc        Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John M. Esposito    on behalf of Debtor Kelly A Vlasic john@lawjme.com,
           r54015@notify.bestcase.com;art@lawjme.com
          John M. Esposito    on behalf of Joint Debtor George M. Vlasic john@lawjme.com,
           r54015@notify.bestcase.com;art@lawjme.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Marie-Ann  Greenberg (NA)    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
          R. A. Lebron    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 7
```